JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO MONTES, | ) Case No: 2:20-cv-04395-MWF-JPR |
|   Plaintiff, | ) **ORDER DISMISSING ACTION** |
| vs. | ) |
| FCA US LLC; and DOES 1 -10, | ) |
|   Defendants. | ) |

The Stipulation is hereby approved. The entire action, including all claims stated herein against all Parties, is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: January 29, 2021   _____
                           MICHAEL W. FITZGERALD
                           United States District Judge

1

ORDER DISMISSING ACTION